**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE: CATHERINE HAYDEN CALDWELL and CHADWICK LEE MARTIN**

**CHAPTER 13**
**Case No. 23-51280-KMS**

**ORDER APPROVING MOTION TO APPROVE SETTLEMENT, SPECIAL COUNSEL FEES & EXPENSES AND AUTHORIZING DISTRIBUTION OF PROCEEDS (DKT. 67)**

THIS MATTER came on for consideration of the Chapter 13 Trustee's Motion to Approve Settlement, Special Counsel Fees & Expenses and to Authorize Distribution of Proceeds (Dkt. 67), and the Court finding notice issued, yet no timely response to the Motion has been filed, orders as follows:

IT IS THEREFORE ORDERED that the Trustee's Motion (Dkt. 67) is hereby granted and the settlement of Debtor's claim against Overnight Parts, Inc. and Jerome Curry is hereby approved for the gross sum of $145,000.00. It is further,

ORDERED AND ADJUDGED that the Court hereby awards fees and expense reimbursement to Special Counsel and authorizes the Chapter 13 Trustee to receipt and disburse the settlement proceeds as follows:

a. $ 50,000.00 in attorney fees to Special Counsel along with legal expense reimbursement in the amount of $558.13 for a total of $ 50,558.13;

b. $ 4,568.98 to the Department of Finance and Administration, Office of Insurance, ID Number xxxxxx232M, Case No. xx0614, to satisfy a subrogation lien;

c. $ 3,368.88 to satisfy a medical bill owed to Forrest General Hospital, Account No. xxxxx4430;

d. $ 163.01 to satisfy a medical bill owed to Southern Bone & Joint Specialists, Account No. xx4326;

e. $ 9,425.00 in trusteeship administrative expense;

f. approximately $52,000.00 to pay off the Chapter 13 plan, including full payment (100%) to timely filed and allowed general unsecured claimholders;

g. with approximately $24,916.00 to be returned to the Debtors.

IT IS FURTHER ORDERED AND ADJUDGED that the Trustee is authorized to execute a release in favor of the adverse parties if requested to do so.

##END OF ORDER##

Prepared by:

Phillip Brent Dunnaway, Esq. (100443)
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505-3749