**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE: CATHERINE HAYDEN CALDWELL and CHADWICK LEE MARTIN**

**CHAPTER 13**
**Case No. 23-51280-KMS**

## NOTICE

PLEASE TAKE NOTICE that a written response to the attached Motion to Approve Settlement, Special Counsel Fees and Expenses and to Authorize Distribution of Proceeds must be filed with the U.S. Bankruptcy Court Clerk's Office, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, within twenty-one (21) days of the date of this notice. Failure to file a response within the twenty-one (21) day period may result in the relief requested by the Motion being granted by default.

## CERTIFICATE OF SERVICE

I, PHILLIP BRENT DUNNAWAY, do hereby certify that I have served electronically, a true and correct copy of the above Notice of Motion to Approve Settlement, Special Counsel Fees and Expenses, & to Authorize Distribution of Settlement Proceeds to:

Kevin Epstein, Esq., United States Trustee — USTPRegion05.JA.ECF@usdoj.gov

T.C. Rollins, Esq., for Debtors — trollins@therollinsfirm.com

and, that I have mailed this day, via first class mail, postage prepaid, a true and correct copy of the above and foregoing Notice to the following:

Forrest General Hospital
Attn: Patient Financial Services
125 South 28th Avenue
Hattiesburg, MS 39401-7243

State and School Employees'
Health Insurance Plan
3545 Lakeland Drive
Flowood, MS 39232

Nahon Saharovich & Trotz
125 South Congress Street, Suite 1300
Jackson, MS 39201

Southern Bone & Joint Specialists
3688 Veterans Memorial Drive
Hattiesburg, MS 39401

and parties in interest, attachment "A".

DATED this the 6th day of November 2026.

s/ Phillip Brent Dunnaway
PHILLIP BRENT DUNNAWAY
MS Bar No. 100443

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee
P.O. Box 3749, Gulfport, MS 39505

Label Matrix for local noticing
0538-6
Case 23-51280-KMS
Southern District of Mississippi
Gulfport-6 Divisional Office
Fri Nov 6 10:56:57 CST 2026

Exeter Finance LLC, c/o AIS Portfolio Servic
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501-2036

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One N.A.
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Cavalry Portfolio
Attn: Bankruptcy
500 Summit Lake Dr
Suite 400
Vahalla, NY 10595-2321

Cavalry SPV I, LLC as assignee of Citibank,
The Home Depot
PO Box 4252
Greenwich, CT 06831-0405

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850-5298

Citi Card/Best Buy
Po Box 790040
St Louis, MO 63179-0040

CitiBank
701 East 60th St N
Sioux Falls, SD 57104-0432

(p)CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

Comprehensive Radiolog
PO BOX 3488
Tupelo, MS 38803-3488

Department of Treasury - Internal Revenue Se
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)EXETER FINANCE LLC
NANNETTE ALAMILLA
2101 W JOHN CARPENTER FWY
IRVING TX 75063-3228

Exeter Finance LLC
c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City OK 73118-7901

Freedom Mortgage Corp
Attn: Bankruptcy
907 Pleasant Valley
Ste 3
Mt Laurel, NJ 08054-1210

Freedom Mortgage Corporation
Bankruptcy Department
11988 Exit 5 Parkway, Building 4
Fishers, IN 46037-8022

Internal Revenue Servi
c/o US Attorney
501 East Court St
Ste 4.430
Jackson, MS 39201-5025

JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Memorial Emergency Phy
P.O. Box 2080
Kilmarnock, VA 22482-2080

Memorial Hospital
PO Box 1810
Gulfport, MS 39502-1810

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Mississippi Department of Revenue
Bankruptcy Section
PO Box 22808
Jackson, MS 39225-2808

Navient
Attn: Bankruptcy
Po Box 9500
Wilkes Barre, PA 18773-9500

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Relias Emergency Medic
P.O. Box 30275
Charlotte, NC 28230-0275

Southern Bone & Joint
3688 Veterans Memorial
Ste 200
Hattiesburg, MS 39401-8246

Southern Physical Ther
1601 Central Ave W
Wiggins, MS 39577-2401

tabbies
EXHIBIT
A

Stone Dental Clinic
134 N Critz St
Wiggins, MS 39577-3216

Synchrony Bank
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

US Attorney General
US Dept of Justice
950 Pennsylvania AveNW
Washington, DC 20530-0001

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

Westcreek Fi
Attn: Bankruptcy
Po Box 5518
Glen Allen, VA 23058-5518

(p)COMMUNITY MEDICAL CENTER
PO BOX 1007
LUCEDALE MS 39452-1007

Catherine Hayden Caldwell
622 N Vardaman St
Wiggins, MS 39577-3252

Chadwick Lee Martin
622 N Vardaman St
Wiggins, MS 39577-3252

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

Tyler Royals
John Michael Bailey Injury Lawyers
5978 Knight Arnold Road
Memphis, TN 38115-3200

Tyler A. Royals, Esq.
488 South Mendenhall Road
Memphis, TN 38117-4220

(p)WARREN A CUNTZ T1 JR
PO BOX 3749
GULFPORT MS 39505-3749

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Citizens Bank NA
Attn: Bankruptcy
1 Citizens Plaza
Providence, RI 02903

Exeter Finance LLC
Attn: Bankruptcy
Po Box 166008
Irving, TX 75016

Jefferson Capital
Attn: Bankruptcy
16 Mcleland Road
Saint Cloud, MN 56303

(d)Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

(d)Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud MN 56302-9617

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery
Attn: Bankruptcy
120 Corporate Blvd
Norfolk, VA 23502

Wiggins Primary Care
P.O. Box 1007
Lucedale, MS 39452

Warren A. Cuntz T1 Jr.
P. O. Box 3749
Gulfport, MS 39505-3749

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Freedom Mortgage Corporation

(d)Exeter Finance LLC
c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

End of Label Matrix
Mailable recipients 41
Bypassed recipients 2
Total 43